COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     White Lion Holdings, LLC v. The State of Texas

Appellate case number:   01-14-00104-CV

Trial court case number: D-1-GV-13-001068

Trial court:             98th District Court of Travis County

Appellant's "Motion to Substitute Counsel for Appellant White Lion Holdings, L.L.C." is **GRANTED**.

Appellant's "Motion for Extension of Time to File Motion for Rehearing and Motion for Rehearing En Banc" is **GRANTED, in part**. The deadline for any motion for rehearing or motion for rehearing en banc is extended to June 12, 2015.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
             X  Acting individually    ☐ Acting for the Court

Date:  May 28, 2015